| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  DEANNA L. MARTINEZ<br>   Assistant United States Attorney<br>3  United States Courthouse<br>   2500 Tulare Street, Suite 4401<br>4  Fresno, California 93721<br>   Telephone: (559) 497-4000<br>5  Facsimile: (559) 497-4099 | **FILED**<br><br>SEP 2 0 2010<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

6  Attorneys for Plaintiff

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           ) 1:10-CV-01565-AWI-SKO
                                       )
12      Plaintiff,                     ) **ORDER REGARDING CLERK'S ISSUANCE**
                                       ) **OF WARRANT FOR ARREST OF**
13      v.                             ) **ARTICLES *IN REM***
                                       )
14 APPROXIMATELY $129,190.00 IN U.S.   )
   CURRENCY, and                       )
15                                     )
   APPROXIMATELY $10,100.00 IN U.S.    )
16 CURRENCY,                           )
                                       )
17      Defendants.                    )
                                       )
18 _____)

19      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on August 30, 2010,

20 in the United States District Court for the Eastern District of California, alleging that the defendants

21 approximately $129,190.00 in U.S. Currency and approximately $10,100.00 in U.S. Currency

22 (hereafter collectively "defendant currency") are subject to forfeiture to the United States pursuant

23 to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

24      And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and

25 the affidavit of Drug Enforcement Administration Special Agent Daniel Moriarty, there is probable

26 cause to believe that the defendant currency so described constitutes property that is subject to

27 forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles

28 *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime

1 | Claims and Asset Forfeiture Actions;

2 |     IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern
3 | District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

5 | Dated:    9/17/10          /s/ Gary S. Austin
6 |                                               GARY S. AUSTIN
                                              United States Magistrate Judge