1   BENJAMIN B. WAGNER
    United States Attorney
2   DEANNA L. MARTINEZ
    Assistant United States Attorney
3   United States Courthouse
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6   Attorneys for Plaintiff

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )       1:10-CV-01565-AWI-SKO
                                       )
12                Plaintiff,           )       **APPLICATION AND ORDER FOR**
                                       )       **PUBLICATION**
13        v.                           )
                                       )
14                                     )
                                       )
15  APPROXIMATELY $129,190.00 IN U.S.  )
    CURRENCY, and                      )
16                                     )
    APPROXIMATELY $10,100.00 IN U.S.   )
17  CURRENCY,                          )
                  Defendants.          )
18  _____  )

19        The United States of America, Plaintiff herein, applies for an order of publication as

20  follows:

21        1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

22  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

23  notice of the action to be given in a newspaper of general circulation or on the official internet

24  government forfeiture site;

25        2.    Local Rule 171, Eastern District of California, provides that the Court shall

26  designate by order the appropriate newspaper or other vehicle for publication;

27        3.    The defendants approximately $129,190.00 in U.S. Currency and approximately

28  $10,100.00 in U.S. Currency (hereafter "defendant currency") were seized at Interstate 5 and

                                    1
                                                    APPLICATION AND ORDER FOR PUBLICATION

1 Quebec Avenue in Kings County, California, and are in the custody of the U.S. Marshals Service,

2 Eastern District of California.  The Drug Enforcement Administration  published notice of the

3 nonjudicial forfeiture of the defendant approximately $10,100.00 in U.S. Currency on May

4 10,17, and 24, 2010, in the *Wall Street Journal*.  The Drug Enforcement Administration

5 published notice of the nonjudicial forfeiture of the defendant approximately $129,190.00 in U.S.

6 Currency on May 24, 31, and June 7, 2010, in the *Wall Street Journal*.

7     4.    Plaintiff proposes that publication be made as follows:

8     a.    One publication;

9     b.    Thirty (30) consecutive days;

10     c.    On the official internet government forfeiture site www.forfeiture.gov;

11     d.    The publication is to include the following:

12     (1)    The Court and case number of the action;

13     (2)    The date of the seizure/posting;

14     (3)    The identity and/or description of the property seized/posted;

15     (4)    The name and address of the attorney for the Plaintiff;

16     (5)    A statement that claims of persons entitled to possession or

17 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served

18 on the attorney for the Plaintiff no later than 60 days after the first day of publication on the

19 official internet government forfeiture site; and

20     (6)    A statement that answers to the Complaint or a motion under Rule

21 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21

22 days after the filing of the claims and, in the absence thereof, default may be entered and

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

APPLICATION AND ORDER FOR PUBLICATION

1  condemnation ordered.

2  Dated: September 21, 2010                    BENJAMIN B. WAGNER
                                                United States Attorney
3
                                                /s/ Deanna L. Martinez
4                                               DEANNA L. MARTINEZ
                                                Assistant United States Attorney
5

6
    IT IS SO ORDERED.
7
    **Dated:     September 23, 2010                     /s/ Sheila K. Oberto**
8                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND ORDER FOR PUBLICATION