BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CV-01565-AWI-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL** |
| ) | **OF COUNTERCLAIM BY CLAIMANT** |
| v. ) | **NEVAREZ; ORDER** |
| ) | |
| APPROXIMATELY $129,190.00 IN U.S. ) | |
| CURRENCY, and ) | |
| ) | |
| APPROXIMATELY $10,100.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Counterclaim of Argenis Amitt Nevarez be dismissed without prejudice, each party to bear its own fees and costs.

                                                     Respectfully submitted,

Date:  May 3, 2011                     BENJAMIN B. WAGNER
                                                     United States Attorney

                                                 /s/ Benjamin E. Hall
                                                 BENJAMIN E. HALL
                                                 Assistant U.S. Attorney

Date:  May 2, 2011                   /s/ J. Patrick McCarthy
                                                 J. PATRICK McCARTHY
                                                 Attorney for Claimant
                                                 Cipriano Estrada

**ORDER**

IT IS SO ORDERED.

Dated:   May 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE