J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932
e-mail: patmccarthy901@hotmail.com

Attorney for Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                           Plaintiff,   )<br>                                                    )<br>       vs.                                        )<br>                                                    )<br>APPROXIMATELY $129,190.00 )<br>IN US CURRENCY,  and            )<br>                                                    )<br>                                                    )<br>APPROXIMATELY $ 10,100.00  )<br>IN US CURRENCY,                    )<br>                                                    )<br>                          Defendants.  )<br>                                                    )<br>CIPRIANO ESTRADA,              )<br>                                                    )<br>ARGENIS AMITT NEVAREZ,   )<br>                                                    )<br>                          Claimants.    ) | Case No.:  1:10-cv-01565-SKO<br><br>**STIPULATION AND ORDER TO WITHDRAW THE CLAIM AND ANSWER OF ARGENIS AMITT NEVAREZ WITH DEFAULT JUDGMENT** |

        It is hereby stipulated by and between the United States and Claimant Argenis Amitt Nevarez as follows:

        1.  Claimant Argenis Amitt Nevarez hereby irrevocably withdraws and releases with prejudice the verified claim and answer he filed in this civil forfeiture action; consents to entry of a default and default judgment against any interest he holds in the currency named as defendants; and consents to forfeiture of the defendant assets.

---

Stipulation & Order to
Withdraw the Claim and Answer
of Argenis Amitt Nevarez, With Default Judgment                                              - 1 -

2. Nothing in this Stipulation shall be construed as an admission of liability, fault or wrongdoing by any party.

3. Each party shall bear his or its own costs and attorneys fees.

4. The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Stipulation.

5. Each person signing this Stipulation warrants and represents that he or it possess full authority to bind the party upon whose behalf he or it is signing to the terms of this Stipulation.

6. Each party warrants and represents that no promises, inducements or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals.  All prior oral understandings, agreements and writing are superseded by this Stipulation and are of no force or effect.

7. Each party represents that he or it understands the content of this Stipulation and enters it voluntarily, and has not been influenced by any person acting on behalf of any other party.

Dated:  November 1, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

                                             /s/  Heather Mardel Jones
                                            HEATHER MARDEL JONES
                                            Assistant United States Attorney

Dated:  November 1, 2011                     /s/   J. Patrick McCarthy
                                            J. PATRICK McCARTHY, Attorney for
                                            Claimant, Argenis Amitt Nevarez

Stipulation & Order to
Withdraw the Claim and Answer
of Argenis Amitt Nevarez, With Default Judgment                              - 2 -

# **ORDER**

IT IS HEREBY ORDERED that the claim and answer of Argenis Amitt Nevarez are withdrawn with prejudice, and that a default judgment is entered against him.

IT IS SO ORDERED.

Dated:   **November 2, 2011**               **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE