J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932
e-mail: patmccarthy901@hotmail.com

Attorney for Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>APPROXIMATELY $129,190.00<br>IN US CURRENCY,  and<br><br>APPROXIMATELY $ 10,100.00<br>IN US CURRENCY,<br><br>　　　　　　　　　Defendants.<br>CIPRIANO ESTRADA,<br><br>ARGENIS AMITT NEVAREZ,<br><br>　　　　　　　　　Claimants. | Case No.:  1:10-CV-01565-SKO<br><br>**STIPULATION AND ORDER TO WITHDRAW THE CLAIM AND ANSWER OF CIPRIANO ESTRADA WITH DEFAULT JUDGMENT** |

　　　　It is hereby stipulated by and between the United States and Claimant Cipriano Estrada as follows:

　　　　1.  Claimant Cipriano Estrada hereby irrevocably withdraws and releases with prejudice the verified claim and answer he filed in this civil forfeiture action;  consents to entry of a default and default judgment against any interest he holds in the currency named as defendants; and consents to forfeiture of the defendant assets.

---

Stipulation & Order to
Withdraw the Claim and Answer
of Cipriano Estrada, With Default Judgment　　　　　　　　　　　　　　　　　- 1 -

2. Nothing in this Stipulation shall be construed as an admission of liability, fault or wrongdoing by any party.

3. Each party shall bear his or its own costs and attorneys fees.

4. The parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Stipulation.

5. Each person signing this Stipulation warrants and represents that he or it possess full authority to bind the party upon whose behalf he or it is signing to the terms of this Stipulation.

6. Each party warrants and represents that no promises, inducements or other agreements not expressly contained herein have been made;  that this Stipulation contains the entire agreement between the parties;  and that the terms of this Stipulation are contractual and not mere recitals.  All prior oral understandings, agreements and writing are superseded by this Stipulation and are of no force or effect.

7. Each party represents that he or it understands the content of this Stipulation and enters it voluntarily, and has not been influenced by any person acting on behalf of any other party.

Dated: November 30, 2011         BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/ Heather Mardel Jones
                                 HEATHER MARDEL JONES
                                 Assistant United States Attorney


Dated:  November 28, 2011         /s/ J. Patrick McCarthy
                                 J. PATRICK McCARTHY, Attorney for
                                 Claimant,  Cipriano Estrada

Withdraw the Claim and Answer
of Cipriano Estrada, With Default Judgment                      - 2 -

## ORDER

IT IS HEREBY ORDERED that:

1. The claim and answer of Cipriano Estrada are withdrawn with prejudice;

2. The Clerk of Court is DIRECTED to

    a. Enter the default of Cipriano Estrada;

    b. Enter default judgment against Cipriano Estrada;

3. Pursuant to the stipulated agreement of the parties (Doc. 43), which was approved and granted by the Court, the claim and answer of claimant Argenis Nevarez have been withdrawn with prejudice. (Doc. 44.) The Clerk of Court is DIRECTED to

    a. Enter the default of Argenis Nevarez;

    b. Enter default judgment against Argenis Nevarez; and

4. This case shall **not** be closed.

IT IS SO ORDERED.

Dated:   **December 5, 2011**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

---

Stipulation & Order to
Withdraw the Claim and Answer
of Cipriano Estrada, With Default Judgment                                   - 3 -